### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DARRELL JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) 1:10-cv-1453-LJM-DML |
| PAUL R. CIESIELSKI, *in his official capacity as Chief of Police Indianapolis Metropolitan Police Department,* et al., | ) |
| Defendants. | ) |

### Judgment Dismissing Federal Claims and
### Order Remanding Pendent State Law Claims

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that:

1. The defendants' motion for summary judgment is **granted** as to federal claims asserted against them pursuant to 42 U.S.C. § 1983, and as to such claim judgment is entered for the defendants and against the plaintiff; and

2. The state law claims asserted against the defendants are **remanded to the Marion Superior Court** in No. 49D07-1010-CT-044593.

Date: 01/08/2013

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

_____
By: Deputy Clerk

Distribution:

Darrell Johnson
1165 Richfield Lane
Avon, IN 46123

Electronically Registered Counsel